# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: AVI SCHWALB,<br><br>Debtor. | Case No. 25-3624-RMR<br>Bankruptcy No. 25-12666-JGR |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT AVI SCHWALB

COMES NOW Bailey C. Pompea, Brenton L. Gragg, Jeffrey A. Weinman and Jordan Factor, counsel for Appellant Avi Schwalb, on their Motion to Withdraw. The Court having reviewed the matter and being fully advised on its premises hereby;

GRANTS the Motion.

Bailey C. Pompea, Brenton L. Gragg, Jeffrey A. Weinman and Jordan Factor are hereby withdrawn from their representation of Appellant Avi Schwalb. The Court directs electronic service for filings in this case be terminated and Bailey C. Pompea, Brenton L. Gragg, Jeffrey A. Weinman and Jordan Factor shall be removed as designated counsel for Appellant Avi Schwalb in this matter.

Dated: November 14, 2025.

BY THE COURT:

_____
Honorable Regina M. Rodriguez