IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: AVI SCHWALB<br>SSN: xxx-xx-0407,<br><br>    Debtor. | Case No. 25-3624 RMR<br><br>Bankr. No. 25-12666 JGR<br>Chapter 7 |
| AVI SCHWALB<br><br>    Appellant,<br><br>v.<br><br>SIMON E. RODRIGUEZ, Chapter 7<br>Trustee, *et al.*,<br><br>    Appellees. | |

**ORDER GRANTING**
**JEFFREY SWANSON'S MOTION FOR WITHDRAWAL AND**
**SUBSTITUTION OF COUNSEL**

THIS MATTER having come before the Court on Jeffrey Swanson's Motion for Withdrawal and Substitution of Counsel (the "Motion"), and the Court, having reviewed and considered the Motion and finding good cause for granting the Motion, the Court hereby ORDERS THAT:

The Motion is granted;

IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Andrew M. Toft of the firm Hoffman Nies Dave & Meyer LLP, as counsel of record for Swanson in this action.

Dated this 16th day of January 2026.

BY THE COURT

_____
The Honorable Regina M. Rodriguez
United States District Court Judge